IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) Misc No.: 1:25-5-ATJ-IDD |
| v. | ) |
| JOHN L. PASCOE, | ) |
| Respondent. | ) |

MOTION TO AMEND ORDER APPOINTING SPECIAL PROCESS SERVER

On June 30, 2025, the United States filed a petition to enforce an Internal Revenue Service summons together with a motion to appoint the revenue officer as a special process server.

The motion to appoint special process server was granted on July 2, 2025 (Dkt. No.3.) Subsequently, it was discovered that the proposed order contained a name different from the Respondent. Accordingly, the United States requests that the attached Amended Order be entered.

Dated: July 25, 2025

Respectfully submitted,

ERIC S. SIEBERT
United States Attorney

By: _____
Gerard Mene
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel. 703-299-3777
Fax. 703-299-3983
Gerard.Mene@usdoj.gov