IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Misc. No. 1:25mc5-AJT-IDD |
| | ) | |
| JOHN L. PASCOE, | ) | |
| | ) | |
| Respondent. | ) | |

AMENDED ORDER APPOINTING SPECIAL PROCESS SERVER

The Petitioner having applied to the Court under Federal Rule of Civil Procedure 4(c)(3) for permission to use a specially appointed person, in lieu of the U.S. Marshal, to serve the Petition to Enforce IRS Summons, Order to Show Cause, and any related documents upon Respondent John Pascoe, it is hereby

ORDERED that Petitioner's Application for Appointment of Revenue Officer J. Deutsch, or a designated representative of the Internal Revenue Service, as a specially-authorized process server, is GRANTED.

Dated:

_____